UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| APRIL DEAVON MINER, ) | CASE NO. 5:22CV2058 |
| ) | |
| Plaintiff, ) | JUDGE JOHN R. ADAMS |
| ) | |
| -vs- ) | |
| ) | MEMORANDUM OF OPINION |
| COMMISSIONER ) | AND ORDER |
| OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

On July 11, 2023, the Magistrate Judge in this matter submitted a report and recommendation (Doc. 11) recommending that the Court REVERSE the decision of the Commissioner, and REMAND this matter for further consideration.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service. The Government has indicated that it will not be filing objections. Doc. 12. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The decision of the Commissioner is hereby REVERSED, and this matter is hereby REMANDED for further proceeedings.

IT IS SO ORDERED.

Dated:  July 13, 2023  /s/ John R. Adams
JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE